**E-filed 4/17/08**

Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF SOLEDAD, OFFICER JENNIFER SUE PARTON,
and OFFICER THOMAS MARCHESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILO CHAVEZ, an individual, and MERCED CHAVEZ, an individual,<br><br>Plaintiff**s**,<br><br>vs.<br><br>CITY OF SOLEDAD, a municipal corporation; OFFICER JENNIFER SUE PARTON, an individual; OFFICER THOMAS MARCHESE, an individual; and DOES 1 through 50, inclusive<br><br>Defendant**s** | Case No. C-07-00641 JF<br><br>STIPULATION TO CONTINUE TRIAL DATE AND JOINT REQUEST FOR CONTINUANCE;<br>[PROPOSED] ORDER<br><br>Trial Date: June 13, 2008 |

Plaintiffs, EMILIO CHAVEZ and MERCED CHAVEZ and Defendants, CITY OF SOLEDAD, THOMAS MARCHESE and JENNIFER PARTON hereby stipulate to a continuance of the trial date for the following reasons.

Defendants notified Plaintiffs' counsel that Defendants intended to file a motion for summary judgment or summary adjudication based on the *Heck* Doctrine because Plaintiff had pled guilty or no contest to a criminal offense which would affect Plaintiffs' claims in this litigation. Prior to the filing of the summary judgment motion, Plaintiffs' counsel informed Defendants that Plaintiff EMILIO CHAVEZ was filing a motion to vacate and set aside his plea

1

1  in the Monterey County Superior Court, so Defendants did not file the motion for summary
2  judgment.  On or about April 1, 2008, Plaintiff filed his motion to vacate the judgment in the
3  Monterey County Criminal Courts, which hearing is set for April 30, 2008.  The Monterey
4  County District Attorney's Office intends to object to the motion to set aside the plea and
5  Defendants in this case intend to appear and object.
6  If the judgment and plea is set aside, it is the understanding of Defendants at this time
7  that the Monterey County District Attorney's Office will continue with prosecution of
8  Mr. CHAVEZ, which will not be concluded by the currently set trial date of June 13, 2008.
9  Even if the Superior Court of Monterey County does not set aside the plea, the hearing on the
10 motion and any potential appeal by Mr. CHAVEZ of the Court's order will affect scheduling and
11 pre-trial preparation.
12 Therefore, the parties hereby STIPULATE to continue the trial in this matter until Friday,
13 November 7, 2008, or on a date in that time frame convenient for the Court.  The parties further
14 stipulate that, depending on the outcome of the Plaintiff's Motion to Vacate and Set Aside his
15 plea, Defendants may bring a motion for summary judgment to be heard no later than 30 days
16 before the trial in this matter.

17 Dated:  April 16, 2008

18                                              LAW OFFICES OF VINCENT P. HURLEY
                                                A Professional Corporation
19
20                                              By:      /s/ Vincent P. Hurley
                                                     VINCENT P. HURLEY
21                                              Attorneys for Defendants CITY OF SOLEDAD,
                                                OFFICER JENNIFER SUE PARTON, and
22                                              OFFICER THOMAS MARCHESE

23 Dated:  April 16, 2008

24                                              SCHAUMAN & HUBINS

25
                                                By:      /s/ William Schauman
26                                                    WILLIAM SCHAUMAN
                                                Attorneys for Plaintiffs EMILO CHAVEZ and
27                                              MERCED CHAVEZ

28

1   ORDER

2   Based on the stipulation of the parties, the Court hereby VACATES the trial date of

3   June 13, 2008.  Trial in this matter is set for   November 7, 2008  .  Defendants may bring any

4   dispositive motions no later than 30 days before the date set for trial.
     Pretrial Conference is scheduled for Oct. 24, 2008.
5

6   Dated:   4/17/08

7

8                                          _____
                                            The Honorable Jeremy Fogel
9                                           United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3