William F. Schauman (SBN 210661)
SCHAUMAN & HUBINS
5700 Stoneridge Mall Road, Suite 130
Pleasanton, California 94588
(925) 846-5400; Fax: (925) 846-5402

Attorneys for Plaintiffs,
EMILO CHAVEZ and MERCED CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILO CHAVEZ, an individual, and MERCED CHAVEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SOLEDAD, a municipal corporation; OFFICER JENNIFER SUE PARTON, an individual; OFFICER THOMAS MARCHESE, an individual; and DOES 1 through 50, inclusive<br><br>Defendants | Case No. C-07-00641 JF<br><br>**STIPULATION TO PERMIT PLAINTIFF MERCED CHAVEZ TO BE EXCUSED FROM TRIAL EXCEPT DURING HER EXAMINATION BY BOTH PARTIES AND [PROPOSED] ORDER**<br><br>Trial Date: November 7, 2008 |

Plaintiffs, EMILIO CHAVEZ and MERCED CHAVEZ and Defendants, CITY OF SOLEDAD, THOMAS MARCHESE and JENNIFER PARTON hereby stipulate that Plaintiff MERCED CHAVEZ can be excused and does not have to be present during the trial and jury selection of this matter except when she testifies. The Parties agree that Plaintiffs and Defendants will try to complete her testimony when she is called during Plaintiffs' case in chief, but Defendants reserve the right to call her to testify on Defendants' presentation of evidence if necessary, and, if Defendants must call her on Defendants' case in chief, defendants will be responsible to arrange for and pay an interpreter.

1

STIPULATION TO PERMIT PLAINTIFF MERCED CHAVEZ TO
BE EXCUSED FROM TRIAL EXCEPT DURING HER
EXAMINATION BY BOTH PARTIES AND [PROPOSED] ORDER

Case No. C-07-00641 JF

Dated: November 6, 2008

SCHAUMAN & HUBINS

_/s/ William Schauman_
WILLIAM SCHAUMAN
Attorneys for Plaintiffs EMILO CHAVEZ and
MERCED CHAVEZ

Dated: November 6, 2008

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

_/s/ Vincent P. Hurley_
VINCENT P. HURLEY
Attorneys for Defendants CITY OF SOLEDAD,
OFFICER JENNIFER SUE PARTON, and
OFFICER THOMAS MARCHESE

1  ORDER

2  Based on the stipulation of the parties, the Court ORDERS that Plaintiff MERCED
3  CHAVEZ can be excused and does not have to be present during the trial and jury selection of
4  this matter except when she testifies in Plaintiffs' case in chief and if Defendants wish to recall
5  her as a witness on their case in chief.

7  Dated: \_\_11-7-08\_\_

_____
The Honorable Jeremy Fogel
United States District Court Judge

3

STIPULATION TO PERMIT PLAINTIFF MERCED CHAVEZ TO
BE EXCUSED FROM TRIAL EXCEPT DURING HER
EXAMINATION BY BOTH PARTIES AND [PROPOSED] ORDER

Case No. C-07-00641 JF