1  Vincent P. Hurley #111215
   LAW OFFICES OF VINCENT P. HURLEY
2  A Professional Corporation
   38 Seascape Village
3  Aptos, California 95003
   Telephone: (831) 661-4800
4  Facsimile: (831) 661-4804

5  Attorneys for Defendants
   CITY OF SOLEDAD, OFFICER JENNIFER SUE PARTON,
6  and OFFICER THOMAS MARCHESE

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION

11                                              )   Case No. C-07-00641 JF
    EMILO CHAVEZ, an individual, and            )
12  MERCED CHAVEZ, an individual,               )   JUDGMENT OF COSTS
                                                )
13              Plaintiffs,                     )
                                                )
14       vs.                                    )
                                                )
15                                              )
    CITY OF SOLEDAD, a municipal                )
16  corporation; OFFICER JENNIFER SUE           )
    PARTON, an individual; OFFICER              )
17  THOMAS MARCHESE, an individual; and         )
    DOES 1 through 50, inclusive                )
18                                              )
                Defendants                      )
19  _____)

20       On January 29, 2009, the Court Taxed Defendants' costs in the amount of $5,543.80.

21       IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment is entered in

22  favor of Defendants and against Plaintiffs in the amount of $5,543.80.

23

24  Dated: 2/5/09

25                                                  _____
                                                    United States District Judge
26

27

28

                                              1

Judgment of Costs                                              Case No. C-07-00641 JF

AO 133 (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

EMILO CHAVEZ and MERCED CHAVEZ )
)
v. ) Case No.: C-07-00641 JF
)
CITY OF SOLEDAD, et al )
)

## Bill of Costs

Judgment having been entered in the above entitled 11/25/2008 against PLAINTIFFS,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ....................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ....... | 3338.84 ~~5,840.97~~ |
| Disallowed $2502.13 as outside the ambit of LR 54-3 | |
| Fees and disbursements for printing .............................................. | |
| Fees for witnesses _(itemize on page two)_ ......................................... | 80.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case .................................. | 524.96 ~~856.08~~ |
| Disallowed $331.12 as outside the ambit of LR 54-3 | |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................. | |
| Compensation of court-appointed experts ....................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 1600.00 ~~1,900.00~~ |
| Disallowed $300.00 as outside the ambit of LR 54-3 | |
| Other costs _(please itemize)_ ..................................................... | |
| TOTAL | $ $5543.80 ~~8,677.05~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or,

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _/s/ Vincent Hurley_

Name of Vincent P. Hurley
For: CITY OF SOLEDAD, OFFICER PARTON and OFFICER MARCHESE Date: 12/06/2008
_Name of Claiming Party_

Costs are taxed in the amount of $5543.80 and included in the judgment.

Richard W. Wieking By: _/s/ Sandy Morris_ 1/29/09
_Clerk of Court_ _Deputy Clerk_ _Date_